UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAKOTA MINNESOTA AND EASTERN RAILROAD,

Plaintiff,

v.

CITY OF ROCHESTER,

Defendant.

CIVIL NO. 02-117 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon the March 27, 2002 Letter Application of the Parties to postpone the pretrial conference.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the pretrial conference scheduled before the undersigned on March 27, 2002 is postponed. The Parties shall promptly notify the Court after the ruling by the courts of the State of Minnesota in the matter now scheduled for hearing on July 9-11, 2002.

Dated: April 3, 2002

JOHN M. MASON
United States Magistrate Judge

APR 0 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK