UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAKOTA MINNESOTA AND EASTERN RAILROAD,

Plaintiff,

v.

CITY OF ROCHESTER,

Defendant.

Civil No. 02-117 RHK/AJB

**AMENDED**
NOTICE OF HEARING

---

Due to a conflict on the Court's calendar, you are hereby given notice that the Rule 16 pretrial conference previously scheduled for April 21, 2003 in the above captioned matter has been rescheduled. The pretrial conference will be held on **May 7, 2003 at 1:30 p.m.**, in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 4/1/03

Arthur J. Boylan
United States Magistrate Judge

Filed APR 01 2003
Richard Sletten, Clerk
Judgment Entered ____
Deputy Clerk's Initials ____