**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dakota Minnesota & Eastern
Railroad Corp.,

Plaintiff,

Civil No. 02-117 (RHK/AJB)

vs.

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

City of Rochester, a Minnesota
Municipal Corporation,

Defendant.

---

The parties have stipulated that this matter may be dismissed without prejudice, with each side to bear its own costs. Good cause appears for the stipulation, and therefore

**IT IS ORDERED**:

1. This matter shall be dismissed without prejudice and with each side bearing its own costs; and

2. The Clerk of Court shall enter an appropriate judgment.

Dated: April 23, 2003

RICHARD H. KYLE
United States District Judge

APR 23 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 23 2003
DEPUTY CLERK